# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON KEITH JOHNNY HANSON, Jr., | No. 2:18-cv-1720-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| TOMMIE BOORE, Jr. et al., | |
| Defendants. | |

On July 20, 2018, the undersigned issued findings and recommendations recommending that the district judge deny plaintiff's application for leave to proceed in forma pauperis and direct plaintiff to pay the $400 filing fee within 30 days. ECF No. 11. Plaintiff has filed a motion for extension of time to pay the filing fee. ECF No. 12.

The district judge has not issued an order adopting or declining to adopt the July 20th findings and recommendations at this time. Thus, no order has issued requiring plaintiff to pay the filing fee. If the district judge adopts the findings and recommendations, plaintiff will have 30 days *from the date of the order adopting the findings and recommendations* to pay the filing fee. As there is no pending deadline in the case, plaintiff's motion for extension of time (ECF No. 12) is denied as moot.

So ordered.

DATED: August 27, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE