UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON KEITH JOHNNY HANSON, Jr., <br><br> Plaintiff, <br><br> v. <br><br> TOMMIE BOORE, Jr., et al., <br><br> Defendants. | No. 2:18-cv-1720-MCE-EFB P <br><br><br> ORDER |

Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 20, 2018, (ECF No. 11) are ADOPTED in full;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Plaintiff is directed to pay the $400 filing fee within 30 days of the date this order is served; and

4. Plaintiff is admonished that failure to comply will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: September 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE